UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JILL HILE, et al.,

    Plaintiffs,

CASE NO. 1:21-CV-829

v.

HON. ROBERT J. JONKER

STATE OF MICHIGAN, et al.,

    Defendants.

_____ /

## JUDGMENT

In accordance with the Opinion and Order entered this day, Judgment is entered in favor of Defendants and against Plaintiffs, and this case is **DISMISSED.**

Dated:  September 30, 2022        /s/ Robert J. Jonker
                                                  ROBERT J. JONKER
                                                  UNITED STATES DISTRICT JUDGE